UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSEPH CLARK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:23-CV-00522 |
| FORT WAYNE GARDEN HOSPITALITY, INC., | ) ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Joseph Clark, on his own behalf, and Defendants Fort Wayne Garden Hospitality, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: January 9, 2024

_____
Joseph Clark
117 5th Avenue, S.W
Minot, ND 58701

/s/ Craig W. Wiley
Craig W. Wiley, IN Bar #21149 49
JACKSON LEWIS P.C.
211 North Pennsylvania Street
Suite 1700
Indianapolis, IN 46204
Telephone: (317) 489-6930
Facsimile: (317) 489-6931
craig.wiley@jacksonlewis.com

Counsel for Defendant